```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
VILMA INTERIANO,                                                       :
                                                                       :
                              Plaintiff,                               :
                                                                       :       20-CV-8895 (JPC)
            -v-                                                        :
                                                                       :       ORDER
CROTHALL FACILITIES MANAGEMENT, INC. and                               :
CROTHALL HEALTHCARE, INC.,                                             :
                                                                       :
                              Defendants.                              :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

Defendants filed a Notice of Removal on October 24, 2020. (Dkt. 1.) It is hereby ORDERED that, by January 4, 2021, Defendants must file proof of service of the Notice of Removal on Plaintiff.

SO ORDERED.

Dated: December 28, 2020
New York, New York

_____
JOHN P. CRONAN
United States District Judge