UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                            :
VILMA INTERIANO                                 :
                 Plaintiff,                       :
                                            :          20-CV-8895 (JPC)
         -v-                                  :
                                           :              ORDER
                                           :
CROTHALL FACILITIES MANAGEMENT, INC. and  :
CROTHALL HEALTHCARE, INC.,              :
                                           :
               Defendants.                    :
                                           :
-------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

       The Court is in receipt of a letter from the parties stating that they have reached a settlement in this matter.  Dkt. 11.  It is hereby ORDERED that any pending conferences and deadlines are ADJOURNED *sine die*.  It is further ORDERED that the parties shall file a joint letter regarding the status of settlement discussions by March 23, 2021.  If this case has been voluntarily dismissed or otherwise terminated by that date, counsel are not required to submit such letter or to appear, provided that a stipulation of discontinuance, voluntary dismissal, or other proof of termination is filed on the docket prior to the joint letter submission deadline, using the appropriate ECF Filing Event.  *See* SDNY ECF Rules & Instructions §§ 13.17-13.20, *available at* https://nysd.uscourts.gov/rules/ecf-related-instructions.

       If the parties wish for the Court to retain jurisdiction for the purposes of enforcing any settlement agreement, they must submit the settlement agreement to the Court by March 23, 2021 to be "so ordered" by the Court.  Pursuant to 3.F of the Court's Individual Rules and Practices for Civil Cases, unless the Court orders otherwise, the Court will not retain jurisdiction to enforce a

settlement agreement unless it is made part of the public record.

    SO ORDERED.

Dated: March 2, 2021
       New York, New York

                                              JOHN P. CRONAN
                                          United States District Judge