Defendants' request is granted. The parties shall have until May 13, 2021 to file their stipulation of dismissal.

SO ORDERED.

Date: April 30, 2021
New York, New York

*[signature]*
JOHN P. CRONAN
United States District Judge

# SHOOK
HARDY & BACON

William E. Vita

1325 Avenue of the Americas
New York, New York 10019
**t** 212-989-8844
**d** 212.779.6103
wvita@shb.com

April 30, 2021

**By ECF**
The Honorable John P. Cronan
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *Vilma Interiano v. Crothall Facilities Management and Crothall Healthcare, Inc.*
      Case No.: 20-CV-8895 (JPC)

Dear Honorable Cronan:

We are counsel to the defendants Crothall Facilities Management, Inc., and Crothall Healthcare, Inc., (hereinafter collectively referred to as "Crothall") in the above-referenced action.

We write pursuant to Your Honor's directive of April 15, 2021 for an update. Yesterday, April 29, 2021, the stipulation of discontinuance was rejected as deficient by the clerk's office for failure to include handwritten signatures. That deficiency has since been corrected. A copy of the stipulation is attached hereto.

The other deficiency noted was that the document did not match the docket entry in the clerk's office. The signatories to the stipulation are the undersigned, counsel for the two Crothall defendants, and Marc C. DeSalvo, Esq., attorney for the plaintiff. Searching the docket, it appears that Mr. DeSalvo has not registered an appearance for the plaintiff in the SDNY since this matter's removal from New York State Court.

As such, the parties request an additional two week adjournment to allow Mr. DeSalvo to register his appearance with the Court and, subsequent to that, to allow for the stipulation to be re-filed and the matter closed.

Thank you for your time and attention to this matter.

Respectfully Submitted,

*William E. Vita*
William E. Vita

cc: All Counsel of Record (By ECF and Email)

ATLANTA | BOSTON | CHICAGO | DENVER | HOUSTON | KANSAS CITY | LONDON | LOS ANGELES | MIAMI | NEW YORK | ORANGE COUNTY | PHILADELPHIA | SAN FRANCISCO | SEATTLE | TAMPA | WASHINGTON, D.C.

4812-1579-4146 v1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

VILMA INTERIANO,

                       *Plaintiff,*

-against-

CROTHALL FACILITIES MANAGEMENT, INC.
and CROTHALL HEALTHCARE, INC.,

                       *Defendants.*
-----------------------------------------------------------------X

Case No.:
1:20-cv-08895-JPC

**STIPULATION OF DISCONTINUANCE**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for all parties to the above entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is discontinued with prejudice, without costs to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court; and

**IT IS FURTHER STIPULATED AND AGREED** that facsimile and/or electronic signatures shall be deemed original for the purpose of filing this stipulation.

Dated: New York, New York
       April 21, 2021

| | |
|---|---|
| William E. Vita, Esq.<br>**SHOOK, HARDY & BACON, L.L.P.**<br>*Attorneys for Defendants*<br>**CROTHALL FACILITIES MANAGEMENT, INC. and CROTHALL HEALTHCARE, INC.**<br>1325 Avenue of the Americas<br>28th Floor<br>New York, NY 10019<br>(212) 989-8844 | Marc C. Desalvo, Esq.<br>**LAW OFFICE OF MARC C. DESALVO, P.C.**<br>*Attorney for Plaintiff*<br>**VILMA INTERIANO**<br>358 Fifth Avenue, Suite 1406<br>New York, NY 10001<br>(212) 560-9790 |